# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| HEATHER HAYES, *on behalf of herself and all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> RENTERS WAREHOUSE, LLC., <br><br> Defendant. | Case No. 19-CV-2909 (NEB/BRT) <br><br><br> ORDER OF DISMISSAL |

Pursuant to the parties' Stipulation of Dismissal with Prejudice filed on October 30, 2020 (ECF No. 32), IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE and on the merits. Each party shall bear their own costs, disbursements, interest, attorneys' fees and other related expenses incurred in connection with this matter.

Dated: October 30, 2020

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge